

1  Ellen Jean Winograd, Esq.
   Nevada State Bar No. 815
2  WOODBURN AND WEDGE
   6100 Neil Rd., Ste. 500
3  P.O. Box 2311
   Reno, NV 89505
4  Tele: (775) 688-3000
   Fax: (775) 688-3088
5  ewinograd@woodburnandwedge.com

6  *Attorney for Plaintiff Christopher Bruneau*

7              UNITED STATES DISTRICT COURT

8                 DISTRICT OF NEVADA          ORDER

9  CHRISTOPHER BRUNEAU,              )  Case No. 3:19-cv-00634-MMD-CBC
                                     )
10              Plaintiff,           )  <u>REQUEST FOR AMENDED *EX PARTE*</u>
                                     )  <u>ORDER FOR PUBLICATION</u>
11     v.                            )  (1st Request to amend 1-22-2020 Order)
                                     )
   COUNTRYWIDE MOVING PLUS, LLC;     )
12 SUPREME VAN LINES; and DOES I-X,  )
   inclusive,                        )
13              Defendant(s).        )
                                     )
14

15         Plaintiff CHRISTOPHER BRUNEAU ("Plaintiff"), by and through his counsel of

16  record, Ellen Jean Winograd, Esq. of the firm of Woodburn and Wedge, pursuant to LR IA

17  6-1 and FRCP 4(m) and 6(b), hereby requests an amendment of this Court's Order

18  Allowing Service of Process by publication.

19         This *ex parte* motion is based on the accompanying Points and Authorities, the

20  Declaration of Ellen Jean Winograd, Esq., previously filed on January 14, 2020 [Doc 11],

21  the January 17, 2020 and January 22, 2020 Orders [Doc 13, 16] and all papers and

22  pleadings on file herein.

23  I.    **INTRODUCTION**

24         The instant matter arises from an interstate shipment of household goods from

25  Reno, Nevada to Knoxville, Tennessee. The entire load was lost or destroyed in shipment.

26  This matter is governed, *inter alia*, by Chapter 49 of the United State code. This Court has

27  jurisdiction over this matter pursuant to 28 USC §§ 1337;1331 and 1367.

28         **The instant motion arises after this court previously ordered that Plaintiff may**

1

1 | **publish the Summons and Complaint in the Miami Herald [Doc 16].**

2 | **II.**     **ARGUMENT**

3 | On October 17, 2019 Plaintiff Christopher Bruneau filed suit against Countrywide

4 | Moving Plus, LLC and Supreme Van Lines. After numerous efforts to serve Defendants as

5 | set forth in Plaintiff's January 14, 2020 *Ex Parte* Motion to Extend Time to Serve Summons

6 | and Complaint and *Ex Parte* Motion for Order to Serve Defendants by Publication, this

7 | Court entered an Order granting the extension of time in which to serve Defendants, but

8 | denying the Motion because the name of the proposed publication was inadvertently

9 | omitted. [Doc 13] On January 22, 2020, pursuant to Motion, this Court granted Plaintiff's

10 | request for an Order allowing publication. [Doc 16]

11 | The publication designated in the January 22, 2020 Order was the Miami Herald.

12 | Plaintiff now seeks an amendment of the Order to allow the publication to occur in the

13 | Broward Daily Business Review for two reasons.

14 | First, the Broward Daily Business Review appears to be a business publication,

15 | better suited to cover the geographic area in which both Defendants are physically located.

16 | Second, the price difference between publication in the Miami Herald ($1,672.68) and the

17 | Broward Daily Business Review ($306.40) see statements from Miami Herald and Broward

18 | Daily Business Review, submitted herewith as Exhibits 8 and 9. This price difference is

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

1  significant and in the interest of judicial economy, **Plaintiff requests that the Order be**

2  **modified to allow publication in the Broward Daily Business Review.**

3     RESPECTFULLY SUBMITTED this _11_ day of February 2020.

4                    WOODBURN AND WEDGE

5

6     By: _(signature)_

7        Ellen Jean Winograd, Esq.
         Nevada State Bar No. 815

8        6100 Neil Rd., Ste. 500
         Reno, NV 89505
         ewinograd@woodburnandwedge.com

9        *Attorney for Plaintiff Christopher Bruneau*

10    IT IS SO ORDERED:

11    _(signature)_

12    United States Magistrate Judge

13    DATE: _2/13/2020_

14

15                    **DECLARATION**

16    1. Declarant, Ellen Jean Winograd, is an attorney duly licensed to practice law in

17  Nevada and is attorney for Plaintiff Christopher Bruneau herein.

18    2. All exhibits attached hereto are true and correct copies of the documents they

19  purport to be.

20    3. Declarant executes this declaration under penalty of perjury.

21

22    _(signature)_

23        Ellen Jean Winograd, Esq.
         Nevada State Bar No. 815

24        6100 Neil Rd., Ste. 500
         Reno, NV 89505

25        ewinograd@woodburnandwedge.com

26        Attorney for Plaintiff Christopher Bruneau

27

28

3

1

## CERTIFICATE OF SERVICE

2 Haleigh Valenta, being first duly sworn, deposes and says:

3     1. Affiant is over 21 years of age, and not a party to the within action.

4     2. On February 12, 2020, Affiant mailed the Request for Amended *Ex Parte* Order for

5 Publication, enclosed in sealed envelopes, certified mail return receipt requested, and

6 postage prepaid, addressed to the last known addresses of Defendants as follows:

7

8 Resident Agent
c/o Supreme Van Lines, Inc.
9 411 NE 2nd Avenue
Hallendale, FL 33009

10

Conor Slaight, Resident Agent
11 c/o Countrywide Moving Plus, LLC
1119 New Lake Drive
12 Boynton Beach, FL 33426

13

Supreme Van Lines, Inc.
14 Attn: Claims
201 King of Prussia Road, Suite 650
15 Randor, PA 19087

16

Countrywide Moving Plus, LLC
17 4701 North Federal Highway, Suite 430
Lighthouse Point, FL 33064

18

19                                 **Affirmation**

20     The undersigned affirms that this document does not contain the Social Security

21 number of any person.

22 _____
23                  Signature

24

25

26

27

28

1

## EXHIBIT LIST

2   8.  Miami Herald statement ........................................................... 2 pages

3   9.  Broward Daily Business Review statement ................................. 1 page

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 8

# EXHIBIT 8

Miami Herald Media Company
3511 NW 91 Avenue
Miami, FL 33172

**Miami Herald**  **el Nuevo Herald**

## Order Confirmation

| | |
|---|---|
| **Customer** | **Payor Customer** |
| WOODBURN AND WEDGE | WOODBURN AND WEDGE |
| **Customer Account** | **Payor Account** |
| 767563 | 767563 |
| **Customer Address** | **Payor Address** |
| 6100 NEIL RD., STE 500 | 6100 NEIL RD., STE 500 |
| RENO NV 89511  USA | RENO NV 89511  USA |
| **Customer Phone** | **Payor Phone** |
| 775-688-3051 | 775-688-3051 |
| **Customer Fax** | **Customer EMail** |
| **Sales Rep** | **Order Taker** |
| loperez@mcclatchy.com | loperez@mcclatchy.com |

| **PO Number** | **Payment Method** | **Blind Box** | **Tear Sheets** | **Proofs** | **Affidavits** |
|---|---|---|---|---|---|
| legal notice | Credit Card | | 0 | 0 | 1 |

| **Net Amount** | **Tax Amount** | **Total Amount** | **Payment Amount** | **Amount Due** |
|---|---|---|---|---|
| $1,672.68 | $0.00 | $1,672.68 | $0.00 | $1,672.68 |

| **Ad Order Number** | **Order Source** | **Ordered By** | **Special Pricing** |
|---|---|---|---|
| 0004554638 | | Haleigh Valenta | |
| **Invoice Text** | | | **Promo Type** |
| legal notice | | | |
| **Package Buy** | | | **Materials** |

## Ad Order Information

| Ad Number | Ad Type | | Production Method | Production Notes | |
|---|---|---|---|---|---|
| 0004554638-01 | MIA-CL Liner | | AdBooker | | |

| External Ad Number | | Ad Attributes | | Ad Released | Pick Up |
|---|---|---|---|---|---|
| | | | | No | |

| Ad Size | | Color | | | |
|---|---|---|---|---|---|
| 1 X 53 li | | | | | |

| Product | Placement | Times Run | Schedule Cost |
|---|---|---|---|
| MIA-Miami Herald | 0300 - Legals Classified | 4 | $1,672.68 |

| Run Schedule Invoice Text | Position |
|---|---|
| CHRISTOPHER BRUNEAU, Plaintiff, v. COUNT | 0301 - Legals & Public Notices |

**Run Dates**
02/06/2020, 02/13/2020, 02/20/2020, 02/27/2020

CHRISTOPHER
BRUNEAU,
Plaintiff,
v.
COUNTRYWIDE MOVING PLUS,
LLC; SUPREME VAN
LINES; and
DOES I-X, inclusive,
Defendant(s)
Case No. 3:16-cv-00634-MMD-
CBC

A lawsuit has been filed against you. The claims asserted against you include a violation of federal law pursuant to 49 U.S.C. § 14706 for loss of household goods, and fraud, and the relief sought includes compensatory and punitive damages, an award of reasonable attorney's fees and costs, damages, and interest for any damages awarded. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ellen Jean Winograd
Woodburn and Wedge
6100 Neil Rd., Ste 500
Reno, NV 89511

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.
NRCP 4.4(c)(2)(C).

# EXHIBIT 9

# EXHIBIT 9

## Public Notice Order Confirmation

### This is not an invoice

### Daily Business Review

| | |
|---|---|
| Zone: | Florida - Broward |
| Ad Order #: | 0000465860 |
| Account #: | 9045476 |
| Acct Name: | WOODBURN AND WEDGE |
| PO #: | 3:16-CV-00634-MMD-CBC |
| Phone: | 775-688-3051 |
| Placement: | Other Notices |
| Position: | Miscellaneous / Other Notices |
| Ad Size: | 5.08 inches |
| Run Dates: | 02/11, 02/18, 02/25, 03/03 |
| Firm Internal #: | |
| PO# 2: | |
| Amount Due: | 306.40 |

Ad Text

Case No. 3:16-cv-00634-MMD-CBC
CHRISTOPHER BRUNEAU,
    Plaintiff,
            v.
COUNTRYWIDE MOVING PLUS, LLC; SUPREME VAN LINES; and DOES I-X, Inclusive,
    Defendant(s)
    A lawsuit has been filed against you. The claims asserted against you include a violation of federal law pursuant to 49 U.S.C. § 14706 for loss of household goods, and fraud, and the relief sought includes compensatory and punitive damages, an award of reasonable attorney's fees and costs, damages, and interest for any damages awarded. Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Ellen Jean Winograd
        Woodburn and Wedge
        6100 Neil Rd., Ste 500
        Reno, NV 89511
    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.
NRCP 4.(c)(2)(C).
2/11-18-25 3/3    20-58/0000465860B