1  ELLEN JEAN WINOGRAD
   NEVADA BAR NO. 815
2  WOODBURN AND WEDGE
3  6100 Neil Road, Suite 500
   Post Office Box 2311
4  Reno, Nevada 89505
   Telephone: (775) 688-3000
5  Facsimile: (775) 688-3088

6  *Attorney for Plaintiff Christopher Bruneau*

7              UNITED STATES DISTRICT COURT
8                  DISTRICT OF NEVADA

9  CHRISTOPHER BRUNEAU,                    Case No.: 3:19-cv-00634-MMD-CBC

10             Plaintiff,

11 vs.

12 COUNTRYWIDE  MOVING  PLUS,  LLC;        [PROPOSED] ORDER FOR
   SUPREME VAN LINES; and DOES I-X,             DEFAULT JUDGMENT
13 inclusive,

14             Defendant(s).

15     Default was entered. Plaintiff moved for Default Judgment against Defendants jointly

16 and severely and good cause appearing Judgment is hereby entered in the amount of

17 $24,169.36.

18     Judgment: $14,800
       Attorney's Fees: $8,417.50
19     Costs: $951.86

20 RESPECTFULLY SUBMITTED this *19* day of June, 2020.

21
   WOODBURN AND WEDGE
22

23
   By: *Ellen Jean Winograd*
24     ELLEN JEAN WINOGRAD
       NEVADA BAR NO. 815
25     Attorney for Christopher Bruneau

26                                              IT IS SO ORDERED

27
                                                CLERK OF COURT
28     6/29/2020

   Date: _____                       *Signature of Clerk or Deputy Clerk*

WOODBURN AND WEDGE
100 Neil Road, Suite 500
eno, Nevada 89511